**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COLUMBUS BANK AND TRUST COMPANY
d/b/a SYNOVUS CAPITAL FINANCE,

       Plaintiff,

v.                                                          CASE NO: 8:08-cv-1206-T-26TGW

N682KA, LLC, NEXXTWORKS, INC., and
RICHARD CARTAGENA,

       Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Motion to Dismiss the

Garnishment of Defendant's, Nexxtworks, Inc., Assets Held by Garnishees, Bank of America,

Patriot Bank, and Synovous Bank (Dkt. 91) is granted. The writs of garnishment previously

issued to Bank of America, Patriot Bank, and Synovous Bank with regard to the assets of

Nexxtworks, Inc., are dismissed.

      **DONE AND ORDERED** at Tampa, Florida, on November 3, 2009.


       _s/Richard A. Lazzara_____
       **RICHARD A. LAZZARA**
       **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record